DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FARRAH FOX,** an incapacitated Person by and through MARLA-JO
RAFALOVE FOX, as plenary guardian,
Appellant,

v.

**MICHAEL A. D'AVANZO, GENE FISHER,** and **JANET V. FISHER,**
Appellees.

No. 4D2024-2910

[October 16, 2025]

Appeal of a non-final order from the Circuit Court for the Fifteenth
Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case
No. 502018CA010593.

Brent Steinberg and Brenna Spinner of Swope, Rodante P.A., Tampa,
for appellant.

Warren B. Kwavnick of The Law Office of Warren B. Kwavnick, PLLC,
Pembroke Pines, for appellees Gene Fisher and Janet V. Fisher.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER, J., and METZGER, ELIZABETH, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***